No. 93–6282. STATON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6283. SENIOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–6284. THOMPSON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6285. MARTINEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6290. MOUNT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–6346. BARTLETT v. DOMOVICH, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–277. THERIOT ET AL. v. GREAT WESTERN COCA-COLA BOTTLING, DBA COCA-COLA BOTTLING COMPANY OF HOUSTON. C. A. 5th Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 93–433. ESTATE OF PITRE v. WESTERN ELECTRIC CO., INC. C. A. 10th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 93–434. SUSAN R. M., BY HER NEXT FRIEND, CHARLES L. M. v. NORTHEAST INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Motion of petitioner to strike respondent Texas Education's statement denied. Certiorari denied.